**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: March 07, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | : | **Case No. 10-63982** |
| Christy Ellen Weaver, | : | Chapter 13 |
| Debtor. | : | (Judge Caldwell) |

### SCHEDULING ORDER REGARDING OBJECTION TO CLAIM (DOC. NO. 22) AND THE RESPONSE OF US BANK HOME MORTGAGE (DOC. NO. 28)

The Court has reviewed the above-captioned pleadings regarding disputed amount of escrow shortage and new regular monthly payment. It appears that this dispute may be resolved by the exchange of documentation and discussions. Accordingly, the following schedule is established:

- On or before **April 15, 2011**, the parties shall exchange all information relevant to their dispute, and shall meet to determine whether a settlement can be reached.

- On or before **April 15, 2011**, the parties shall upload an agreed entry or a joint request for hearing indicating the amount of hearing time required, and including a detailed list of witnesses to be called and documents to be offered into evidence.

**IT IS SO ORDERED.**

**Copies to**:

Default List
Erin Jochim, Esq. (electronic service)
Kathleen Tourgeman, Courtroom Deputy

###